RECEIVED
SEP 25 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES DENSON

VERSUS

UNITED STATES OF AMERICA,
ET AL.

CIVIL ACTION NO. 1:11-CV-2096

JUDGE JAMES T. TRIMBLE, JR.

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be DENIED and DISMISSED with prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 25th day of September, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE